UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREYA RIOS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>FEKKAI RETAIL, LLC, a New York Limited Liability Company; BLUE MISTRAL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:20-cv-08743-PA-MRW<br><br>**ORDER DENYING STIPULATION TO CONTINUE TRIAL DATES** |

**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE TRIAL DATES**

Having considered the Stipulation to Continue Trial Dates, jointly filed by Plaintiff MIREYA RIOS and Defendants FEKKAI RETAIL, LLC and BLUE MISTRAL, LLC, by and through their respective counsel, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT** the Court grants the stipulation by the parties and continues the trial dates as follows:

| Trial Event | Current Date | New Date |
| --- | --- | --- |
| Expert Discovery Cut-off | April 26, 2021 | July 14, 2021 |
| Rebuttal Expert Cut-off | May 17, 2021 | August 13, 2021 |
| Discovery Cut-off | June 21, 2021 | August 2, 2021 |
| Motion Cut-off | June 28, 2021 | August 9, 2021 |
| Final Pretrial Conference | August 6, 2021 | September 17, 2021 |
| Jury Trial | August 31, 2021 | October 12, 2021 |

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021     BY: _____05/11/21_____
                                Honorable Percy Anderson
                                United States District Judge

[PROPOSED] ORDER RE: STIPULATION TO CONTINUE TRIAL DATES

1