1  JASON M. SKAGGS (NO. 202190)
   SKAGGS FAUCETTE LLP
2  Email: jason@skaggsfaucette.com
   530 Lytton Avenue, 2nd Floor
3  Palo Alto, CA 94301
   Telephone: 650/617-3226
4  Facsimile: 650/644-0200

5  Attorneys for DEFENDANTS FEKKAI
   RETAIL, LLC and BLUE MISTRAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MIREYA RIOS, an Individual, | No. 2:20cv-08743-PA-MRW |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF REQUEST FOR LIMITED EXTENSION OF FACT DISCOVERY CUT-OFF TO ALLOW DEPOSITION OF THIRD PARTY WITNESS SANJANA AREFIN [DKT 47]** |
| v. | |
| FEKKAI RETAIL, LLC, a New York Limited Liability Company, BLUE MISTRAL, LLC, a Delaware Limited Liability Company, and Does 1-10, inclusive, | |
| Defendants. | |

By and through their attorneys of record, the parties hereby withdraw their request for the continuance of the discovery cutoff for the sole purpose of deposing third party witness Sanjana Arefin [Dkt 47] and apologize to the Court for any inconvenience. The situation has been resolved.

SO STIPULATED

Dated: June 17, 2021        PIERCE LAW GROUP LLP

BY: _____/s/_____
David Albert Pierce, Esq.
John R. Baldivia, Esq.
Attorneys for Plaintiff MIREYA RIOS

Dated: June 17, 2021        SKAGGS FAUCETTE LLP

BY: _____/s/_____
Jason Skaggs, Esq.
Attorneys for Defendants FEKKAI RETAIL, LLC, a New York Limited Liability Company; BLUE MISTRAL, LLC

I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

Dated: June 17, 2021        SKAGGS FAUCETTE LLP

BY: _____/s/_____
Jason Skaggs, Esq.
Attorneys for Defendants FEKKAI RETAIL, LLC, a New York Limited Liability Company; BLUE MISTRAL, LLC