JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREYA RIOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEKKAI RETAIL LLC, et al.,<br><br>　　　　Defendants | Case No. CV 20-08743 PA (MRWx)<br><br>JUDGMENT |

Pursuant to the Court's July 2, 2021, order granting summary judgment in favor of defendants Fekkai Retail LLC and Blue Mistral LLC ("Defendants") and against plaintiff Mireya Rios ("Plaintiff"), it is ORDERED, ADJUDGED, and DECREED that:

1.　Defendants shall have judgment in their favor against Plaintiff; and

2.　Defendants are entitled to their costs of suit pursuant to Local Rule 54.

IT IS SO ORDERED.

DATED: July 6, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE